**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| VIKING ENERGY CORPORATION, a West Virginia Corporation, and VIKING TRANSPORTATION & DISPOSAL COMPANY, LLC, a West Virginia Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, consisting of Lloyd's Syndicate Numbers 4020, 1458 and 1084,<br><br>Defendants. | : | CIVIL ACTION NO.: 2:24-cv-00126<br>*Joseph R. Goodwin, U.S. District Judge* |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs VIKING ENERGY CORPORATION and VIKING TRANSPORTATION & DISPOSAL COMPANY, LLC, by and through their undersigned counsel, and Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, by and through its undersigned counsel, announce to the Court that this matter has been amicably resolved and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action against Defendant with prejudice and without costs.

Dated: February 26, 2025

Respectfully submitted,

By: /s/ Joseph E. Starkey, Jr.
Joseph E. Starkey, Jr., Esq.
The Levicoff Law Firm, P.C.
4 PPG Place, Suite 200
Pittsburgh, PA 15222
*Counsel for Plaintiffs*

Respectfully submitted,

By: /s/ Matthew G. Chapman
Matthew G. Chapman, Esq.
Rawle & Henderson LLP
80 – 12th Street, Suite 307
Wheeling, WV 26003-3271
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| VIKING ENERGY CORPORATION, a West Virginia Corporation, and VIKING TRANSPORTATION & DISPOSAL COMPANY, LLC, a West Virginia Limited Liability Company,<br><br>*Plaintiffs*,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, consisting of Lloyd's Syndicate Numbers 4020, 1458 and 1084,<br><br>*Defendants*. | Civil Action No. 2:24-cv-00126<br><br>***Electronic Filing Only*** |

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing ***Stipulation of Dismissal with Prejudice*** using the Court's CM/ECF system, which will send notification to the following CM/ECF participants:

Matthew G. Chapman, Esquire
Rawle & Henderson LLP
The Board of Trade Building
80 – 12th Street, Suite 307
Wheeling, WV 26003-3271

*Counsel for Defendants*

Dated: February 26, 2025

By: */s/ Joseph E. Starkey, Jr.*
Joseph E. Starkey, Jr., Esquire
W.Va. ID # 6673
*jstarkey@levicofflaw.com*
The Levicoff Law Firm, P.C.
4 PPG Place, Suite 200
Pittsburgh, PA 15222
412-434-5200 – Phone

*Counsel for Plaintiffs*